August 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF L.T.H., A CHILD

NO. 14-15-00366-CV

_____

This cause, an appeal from the Agreed Order in Suit to Modify Parent-Child Relationship, signed March 20, 2015, was heard on the transcript of the record. We have inspected the record and find that the trial court erred in determining the parties' periods of access and possession. We therefore order that the portion of the Agreed Order concerning Possession and Access is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the Agreed Order and order it **AFFIRMED**.

We order appellee, Jared Poullard, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.